**Exhibit A**

# REGISTER OF ACTIONS
## CASE NO. 2021-1379-CCL2

| | | |
|---|---|---|
| CITY OF GLADEWATER VS UNION PACIFIC RALROAD COMPANY | § § § § § § | Case Type: **Condemnation**<br>Date Filed: **08/10/2021**<br>Location: **County Court at Law 2**<br>Judicial Officer: **Dulweber, Vincent, DC** |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | UNION PACIFIC RAILROAD COMPANY | |
| | | |
| **Plaintiff** | City of Gladewater | RONALD D. STUTES<br>*Retained*<br>903-597-8311(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 08/10/2021 | **Petition (OCA)** |
| 08/10/2021 | **Docket Sheet** |
| 08/10/2021 | **Citation By Certified Mail** |
| |    Union Pacific Railroad Company    Served    08/13/2021 |
| |                                 Response Due    09/06/2021 |
| |                                 Returned    08/16/2021 |
| 08/16/2021 | **Citation Return Certified Mail** |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** City of Gladewater | | | |
| Total Financial Assessment | | | 350.00 |
| Total Payments and Credits | | | 350.00 |
| **Balance Due as of 09/09/2021** | | | **0.00** |
| | | | |
| 08/10/2021 | Transaction Assessment | | 350.00 |
| 08/10/2021 | e-Filing   Receipt # 004232-2021-DC | City of Gladewater | (350.00) |

*** CITATION BY MAIL ***  Civil Action No. 6:21-cv-00357

# THE STATE OF TEXAS

TO:  UNION PACIFIC RAILROAD COMPANY
     CT CORPORATION SYSTEM
     350 N ST PAUL STREET
     DALLAS TX 75201

Defendant in the hereinafter styled and numbered cause: **2021-1379-CCL2**

You are hereby commanded to appear before the County Court at Law 2 of Gregg County, Texas, to be held at the courthouse of said County in the City of Longview, Gregg County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this Citation, in Cause Number: **2021-1379-CCL2**, styled

Condemnation

| | |
|---|---|
| CITY OF GLADEWATER VS UNION PACIFIC RALROAD COMPANY | Attorney for Plaintiff:<br>RONALD D. STUTES<br>110 N COLLEGE STE 500<br>TYLER TX  75702<br>903-597-8311<br><br>Attorney for Defendant |

Filed in said court 10th day of August, 2021.

Issued and given under my hand and seal of said Court at office, this the 10th day of August, 2021.

**Trey Hattaway**
District Clerk of
Gregg County, Texas
Gregg County Courthouse
P. O. Box 711
Longview, Texas 75606

Signed: 8/10/2021 3:19:53 PM

By *Debbie Kinney* Deputy.

## NOTICE TO DEFENDANT

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default Judgment may be taken against you. In addition to filing a written answer with the clerk you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Officer's Return by Mailing**   Civil Action No. 6:21-cv-00357

Came to hand on the on this the 10th day of August, 2021, and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

<pre>
                                    Name & Address of Defendant
                                    UNION PACIFIC RAILROAD COMPANY
                                    CT CORPORATION SYSTEM
                                    350 N ST PAUL STREET
                                    DALLAS TX 75201
</pre>

<pre>
*****************************************************
*           Attach              * Date Signed: _____
*       Return Receipt(s)       * Signed by:   _____
*            With               * as evidenced by the signed return receipt
*                               * attached hereto and incorporated in
*      Addressee's Signature    * the return
*                               * _____ Not executed as to defendant
*   _____    * for the following reason:
*                               * **Circle one**
*                               * Unclaimed
*                               * Refused
*                               * Return to Sender
*                               * Moved, left no forwarding address
*                               * Unable to Forward
*                               * Other
*                               * **TO CERTIFY WHICH WITNESS MY HAND**
*                               * **OFFICIALLY.**
*                               * Trey Hattaway, District Clerk
*                               * By _____ Deputy
**************************************  Fee for serving Citation $60.00
</pre>

**C I T A T I O N  -  BY    MAILING**

| File No. 2021-1379-CCL2<br>In the County Court at Law 2<br>Of<br>Gregg County, Texas<br><br>CITY OF GLADEWATER VS UNION PACIFIC RALROAD COMPANY | Issued this 10th day of August, 2021.<br>**Trey Hattaway**<br>District Clerk of<br>Gregg County<br><br>Signed: 8/10/2021 3:19:56 PM<br><br>By _*Debbie Kinney*_ Deputy<br>Returned and Filed<br>This _____ day of _____, _____<br>**Trey Hattaway**<br>District Clerk<br><br>By_____Deputy |

Case 6:21-cv-00357-JCB   Document 1-2   Filed 09/10/21   Page 4 of 12 PageID #: 9

Civil Action No. 6:21-cv-00357

Electronically Submitted
8/10/2021 2:59 PM
Gregg County District Clerk
By: Debbie Kinney, deputy

NO. 2021-1379-CCL2

| | | |
|---|---|---|
| CITY OF GLADEWATER, | § | IN THE ~~DISTRICT COURT~~ |
| *Plaintiff*, | § | COUNTY COURT at LAW 2 |
| | § | |
| V. | § | ____ ~~JUDICIAL DISTRICT~~ |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| *Defendant*. | § | GREGG COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION FOR CONDEMNATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the City of Gladewater, Plaintiff ("Gladewater"), and files this its Original Petition for Condemnation against Defendant Union Pacific Railroad Company ("Defendant"), and would show the Court as follows:

### I.

### DISCOVERY CONTROL PLAN

1. Discovery is intended to be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure, if this administrative condemnation proceeding becomes a civil cause of action.

### II.

### PLAINTIFF

2. Plaintiff City of Gladewater is a Texas home-rule municipality.

3. Gladewater has the power, pursuant to Section 251.001 of the Texas Local Government Code and Article II, Section 8, of the Charter of the City of Gladewater, to exercise the power of eminent domain.

**PLAINTIFF'S ORIGINAL PETITION FOR CONDEMNATION – Page 1**

## III.

## LAND TO BE CONDEMNED AND USE OF LAND

4. Gladewater has determined that it is in the public interest to acquire nine tracts of property within the City that it currently leases from Defendant. The tracts are intended be used as they are under the current lease: as a public park, for parking, and for restroom facilities.

5. The tracts are described in the attached Appendix A.

## IV.

## OWNER OF LAND

6. There is one owner of the Land in the Real Property Records of Gregg County, Texas.

7. The name of the owner is the Union Pacific Railroad Company. The Union Pacific Railroad may be served by serving its resident agent for service of process: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

## V.

## LIENHOLDERS ON LAND

8. After diligent review of the Real Property Records of Gregg County, Texas, Gladewater did not find any lienholders on the land.

9. Gladewater reserves the right to amend the Petition in order to add any lienholders that are discovered after filing of the petition.

## VI.

## UNABLE TO AGREE

10. On October 27, 2020, the City of Gladewater made a bona fide offer to acquire the property involved herein. The Defendant rejected the City's offer. On July 23, 2021, Gladewater

made a final offer to acquire the property involved herein. The Defendant rejected that offer. Gladewater and the Defendant are unable to agree on the proper compensation for the property to be taken. Therefore, it became necessary to file this condemnation proceeding.

11. Gladewater has provided the Defendant with a copy of the Texas Landowner's Bill of Rights as required by Chapter 402 of the Texas Government Code and Chapter 21 of the Texas Property Code.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Gladewater requests that three disinterested freeholders of Gregg County, Texas, be appointed as special commissioners, to assess damages and file their decision as provided by law to the end that Gladewater may have a final judgment or decree of condemnation vesting in the City of Gladewater fee title to the above-described land, a writ of possession, costs of suit, and such other and further relief to which it may be justly entitled.

Respectfully submitted,

_Ronald D. Stutes_
Ronald D. Stutes
State Bar Number 19452600
rstutes@wilsonlawfirm.com

Wilson, Robertson & Cornelius, PC
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
903-509-5000
Fax 903-509-5094

Attorneys for Plaintiff City of Gladewater

# APPENDIX A



**\*\*\* CITATION BY MAIL \*\*\***  Civil Action No. 6:21-cv-00357
**T H E   S T A T E   O F   T E X A S**

FILED
GREGG COUNTY, TEXAS
AUG 16 2021
3:36 O'CLOCK P M
TREY HATTAWAY, DISTRICT CLERK
BY _____ DEPUTY

TO:  UNION PACIFIC RAILROAD COMPANY
     CT CORPORATION SYSTEM
     350 N ST PAUL STREET
     DALLAS TX 75201

Defendant in the hereinafter styled and numbered cause: **2021-1379-CCL2**

You are hereby commanded to appear before the County Court at Law 2 of Gregg County, Texas, to be held at the courthouse of said County in the City of Longview, Gregg County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this Citation, in Cause Number: **2021-1379-CCL2**, styled

Condemnation

CITY OF GLADEWATER VS UNION PACIFIC RALROAD COMPANY

Attorney for Plaintiff:
RONALD D. STUTES
110 N COLLEGE STE 500
TYLER TX  75702
903-597-8311

Attorney for Defendant

Filed in said court 10th day of August, 2021.

Issued and given under my hand and seal of said Court at office, this the 10th day of August, 2021.

**Trey Hattaway**
District Clerk of
Gregg County, Texas
Gregg County Courthouse
P. O. Box 711
Longview, Texas 75606

Signed: 8/10/2021 3:19:53 PM

By _Debbie Kinney_ Deputy.

**NOTICE TO DEFENDANT**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default Judgment may be taken against you. In addition to filing a written answer with the clerk you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Officer's Return by Mailing**  Civil Action No. 6:21-cv-00357

Came to hand on the on this the 10th day of August, 2021, and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

Name & Address of Defendant
UNION PACIFIC RAILROAD COMPANY
CT CORPORATION SYSTEM
350 N ST PAUL STREET
DALLAS TX 75201

```
*****************************************************
*      Attach                * Date Signed: 8.13.21
*      Return Receipt(s)     * Signed by: Chris Wells
*      With                  * as evidenced by the signed return receipt
*                            * attached hereto and incorporated in
*      Addressee's Signature * the return
*                            * ____ Not executed as to defendant
*                            * for the following reason:
*                            * Circle one
*                            * Unclaimed
*                            * Refused
*                            * Return to Sender
*                            * Moved, left no forwarding address
*                            * Unable to Forward
*                            * Other
*                            * TO CERTIFY WHICH WITNESS MY HAND
*                            * OFFICIALLY.
*                            * Trey Hattaway, District Clerk
*                            * By _____ Deputy
*****************************************   Fee for serving Citation $60.00
```

**C I T A T I O N - B Y     M A I L I N G**

| File No. 2021-1379-CCL2<br>In the County Court at Law 2<br>Of<br>Gregg County, Texas<br><br>CITY OF GLADEWATER VS UNION PACIFIC RALROAD COMPANY | Issued this 10th day of August, 2021.<br>**Trey Hattaway**<br>District Clerk of<br>Gregg County<br><br>Signed: 8/10/2021 3:19:56 PM<br><br>By __Debbie Kinney__ Deputy<br>Returned and Filed<br>This _16th_ day of _August_, _2021_<br>**Trey Hattaway**<br>District Clerk<br>By __Janet Craver__ Deputy |

GREGG COUNTY DISTRICT CLERK
101 E Methvin
Suite 334
Longview Texas 75601



USPS CERTIFIED MAIL

9214 8901 9403 8346 6966 17

UNION PACIFIC RAILROAD COMPANY
CT CORPORATION SYSTEM
350 N SAINT PAUL ST
DALLAS TX 75201-4240

Fold Here

Fold Here

Return Reference Number: 2021-1379-CCL2

Created Date: 11/08/2021

 **UNITED STATES POSTAL SERVICE**

Mailer: Gregg County

Date Produced: 08/16/2021

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8346 6966 17. Our records indicate that this item was delivered on 08/13/2021 at 09:06 a.m. in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UNION PACIFIC RAILROAD COMPANY
CT CORPORATION SYSTEM
350 N SAINT PAUL ST
DALLAS TX 75201-4240

Customer Reference Number:   C2866722.16476027
Return Reference Number       2021-1379-CCL2